

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00227-CR

| | | |
|---|---|---|
| Fred Moore | § | From County Criminal Court No. 2 |
| | § | of Denton County (CR-2014-06840-A) |
| v. | § | |
| | | January 21, 2016 |
| | § | |
| | | Opinion by Justice Walker |
| | § | |
| The State of Texas | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Sue Walker
       Justice Sue Walker